UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RUDY FREDDY WEBB,

        Plaintiff,

v.                                       Case No. 14-cv-1099-pp

LT. BLAIR,

        Defendant.

## DECISION AND ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE

On March 9, 2015, the court issued an order directing the plaintiff to identify the appropriate defendant and file an amended complaint by April 23, 2015. The court also ordered that this case would be dismissed without prejudice for failure to prosecute if the plaintiff failed to file an amended complaint listing the full name and location of a named defendant by April 23, 2015. The plaintiff has not filed an amended complaint.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

Dated at Milwaukee this 19th day of May, 2015.

BY THE COURT:

HON. PAMELA PEPPER
**United States District Court Judge**

1